1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

BRIAN BURRELL,

    Plaintiff,

    v.

R.A. PEARSON COMPANY, dba
PEARSON PACKAGING
SYSTEMS,

    Defendant.

LINDA BURRELL, on behalf of the
marital community comprised of
BRIAN BURRELL and LINDA
BURRELL, husband and wife,

    Intervener.

NO. CV-05-144-RHW

**ORDER DISMISSING CASE
WITH PREJUDICE**

Before the Court is the parties' Stipulation of Dismissal With Prejudice (Ct. Rec. 18). The parties report that the above-captioned action, including the counterclaim, has been fully settled and compromised and ask that the action and counterclaim be dismissed with prejudice and without costs to the parties.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal With Prejudice (Ct. Rec. 18) is **GRANTED**.

2. The above-captioned case is **DISMISSED** with prejudice and without costs to the parties.

///

///

**ORDER DISMISSING CASE WITH PREJUDICE ~ 1**

1     **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

2 Order, provide copies to counsel, and close the file.

3     **DATED** this 24th day of April, 2007.

4                            *s/ Robert H. Whaley*

5                         ROBERT H. WHALEY

6                   Chief United States District Judge

7

8

9

10

11

12   Q:\CIVIL\2005\Burrell\dismiss.wpd

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER DISMISSING CASE WITH PREJUDICE ~ 2**